UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| GENE R. ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 05-1266-CV-W-HFS |
| | ) | |
| | ) | |
| PINNACLE EQUITIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

X Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of defendants and against plaintiff.

December 21, 2006

PATRICIA L. BRUNE
CLERK OF COURT

/s/ Julie Moritz
by Julie Moritz